**E-FILED on** 8/24/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC., <br><br>  Plaintiff, <br><br>  v. <br><br> PANASONIC CORPORATION, PANASONIC CORPORATION OF AMERICA., <br><br>  Defendants. | No. 12-CV-00660 RMW <br><br> ORDER SHORTENING TIME FOR EXPEDITED BRIEFING AND HEARING ON PLAINTIFF'S RULE 56(D) MOTION <br><br> **[Re Docket No. 31]** |

For good cause shown, it is hereby ordered that:

1) Defendants have until August 29, 2012 at 5 P.M. to respond to plaintiff's Rule 56(d) motion.

2) Plaintiff's Rule 56(d) motion will be heard on August 31, 2012 prior to or during the scheduled Case Management Conference.

3) Plaintiff's deadline to respond to defendants' motion for summary judgment is extended until September 5, 2012, unless plaintiff's Rule 56(d) motion is granted or the briefing

ORDER SHORTENING TIME FOR EXPEDITED BRIEFING AND HEARING ON PLAINTIFF'S RULE 56(D) MOTION —No. 12-00660 RMW

1    schedule is otherwise modified by court order or stipulation.

3    DATED:_____8/24/12___

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER SHORTENING TIME FOR EXPEDITED BRIEFING AND HEARING ON PLAINTIFF'S RULE 56(D) MOTION —No. 12-00660 RMW

2