**E-FILED on** 9/12/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC., | No. 12-CV-00660 RMW |
| Plaintiff, | |
| v. | ORDER CLARIFYING PARTIES' REQUIREMENTS RE SCHEDULING |
| PANASONIC CORPORATION, PANASONIC CORPORATION OF AMERICA., | |
| Defendants. | |

On August 31, 2012, the court held a hearing on plaintiff's Rule 56(d) motion. The court continued the September 21, 2012 hearing on defendant's motion for summary judgment and ordered the parties to meet and confer regarding the scheduling of discovery, as well as further briefing and a hearing on defendant's summary judgment motion. The parties are to either stipulate to a schedule, or if they cannot agree, to submit their respective proposals to the court. The September 21, 2012 summary judgment hearing is vacated.

It is so ordered.

DATED:_____9/12/12__                    *Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER CLARIFYING PARTIES' REQUIREMENTS RE SCHEDULING   —No. 12-00660 RMW