|   |   |
|---|---|
| 1 | CHRISTOPHER J. COX (Bar No. 151650) |
|   | Email: chris.cox@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, CA  94065 |
|   | Telephone:  (650) 802-3000 |
| 4 | Facsimile:  (650) 802-3100 |
|   |   |
| 5 | DAVID L. YOHAI (Admitted *pro hac vice*) |
|   | ADAM C. HEMLOCK (Admitted *pro hac vice*) |
| 6 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |
| 7 | New York, NY  10153 |
|   | Telephone:  (212) 310-8000 |
| 8 | Facsimile:  (212) 310-8007 |
|   |   |
| 9 | Attorneys for Defendants, |
|   | PANASONIC CORPORATION AND |
| 10 | PANASONIC CORPORATION OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA,<br><br>            Defendants. | Civil Action No. 12-0660 RMW<br><br>**STIPULATION AND []**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐  Non-binding Arbitration (ADR L.R. 4)
☐  Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

*appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.   They must instead file a Notice of Need for ADR Phone Conference.   See Civil Local Rule 16-8 and ADR L.R. 3-5).*

**Private Process:**

☐ Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline  _____

| | |
|---|---|
| Dated: September __, 2011 | WEIL, GOTSHAL & MANGES LLP |
| | By:  */s/ Christopher J. Cox*<br>Christopher J. Cox<br>201 Redwood Shores Parkway<br>Redwood Shores, CA   94065 |
| | Attorneys for Defendant<br>Panasonic Corporation and<br>Panasonic Corporation of North America |
| Dated: September __, 2011 | LAW OFFICES OF JOHN W. CARPENTER LLC |
| | By:  */s/ John W. Carpenter*<br>John W. Carpenter<br>12 Metairie Court<br>Metairie, LA   70001-3032 |
| | Attorneys for Plaintiff<br>Innovus Prime LLC |

### [] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  _____ 2015

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE