UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA,<br><br>  Defendants. | Case No. 12-CV-0660 RMW<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A PORTION OF A DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c) |

Having considered Defendants Panasonic Corporation and Panasonic Corporation of North America's (collectively "Panasonic") Motion for Administrative Relief to File a Portion of a Document under Seal pursuant to Civil Local Rules 7-11 and 79-5(c), and good cause appearing therefor,

IT IS HEREBY ORDERED that Panasonic shall substitute a redacted copy of the 2007 Agreement within its filing of Exhibit 2 to the Declaration of David L. Yohai in Support of Defendants Panasonic and Panasonic Corporation of North America's Opposition to Plaintiff's Rule 56(d) Motion and that an unredacted copy of the 2007 Agreement is to be filed under seal.

Dated:  3/25/2013  , ~~2012~~

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge