1  CHRISTOPHER J. COX (Bar No. 151650)
   Email: chris.cox@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, CA  94065
   Telephone:  (650) 802-3000
4  Facsimile:  (650) 802-3100

5  DAVID L. YOHAI (admitted *pro hac vice*)
   Email:  david.yohai@weil.com
6  ADAM C. HEMLOCK (admitted *pro hac vice*)
   Email:  adam.hemlock@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, NY  10153
   Telephone:  (212) 310-8000
9  Facsimile:  (212) 310-8007

10 Attorneys for Defendants
   PANASONIC CORPORATION
11 PANASONIC CORPORATION OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA,<br><br>　　　　Defendants. | Case No. 12-0660 RMW<br><br>**DECLARATION OF DAVID L. YOHAI IN SUPPORT OF DEFENDANTS PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　June 21, 2013<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 6<br>Hon. Ronald M. Whyte<br><br>Complaint Filed:  February 9, 2012 |

DECLARATION OF DAVID L. YOHAI IN
SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT                                                                                        Case No. 12-0660 RMW

I, David L. Yohai, declare as follows:

1. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America (collectively "Panasonic"), and am fully aware of the facts and circumstances surrounding this matter. I make this declaration from my own personal knowledge and could competently testify to the facts discussed herein. I submit this declaration in support of Panasonic's motion for summary judgment on Plaintiff Innovus Prime, LLC's ("Innovus") patent infringement claims asserted in its Complaint against Panasonic.

2. Although Plaintiff requested and received months of additional time to conduct depositions of Messers. Tetsuyuki Watanabe and Ruud Peters, Plaintiff has failed to depose either individual.

3. Attached hereto as Exhibit 1 is a sealed and signed Certified Copy of U.S. Patent Number 5,280,350 from the United States Patent and Trademark Office.

4. Attached hereto as Exhibit 2 is a sealed and signed Certified Copy from the records of the United States Patent and Trademark Office of a document recorded on February 5, 2008, reflecting the Assignment History of U.S. Patent Number 5,280,350.

5. Attached hereto as Exhibit 3 is a sealed and signed Certified Copy from the records of the United States Patent and Trademark Office of a document recorded on August 20, 2008, reflecting the Assignment History of U.S. Patent Number 5,280,350.

6. Attached hereto as Exhibit 4 is a sealed and signed Certified Copy from the records of the United States Patent and Trademark Office of a document recorded on February 13, 2010, reflecting the Assignment History of U.S. Patent Number 5,280,350.

7. Attached hereto as Exhibit 5 is a sealed and signed Certified Copy from the records of the United States Patent and Trademark Office of a document recorded on April 20, 2011, reflecting the Assignment History of U.S. Patent Number 5,280,350.

8. Attached hereto as Exhibit 6 is a true and correct copy of the First Amended Complaint for Patent Infringement, dated October 29, 2011, in the action captioned *Innovus Prime LLC v. LG Electronics Inc., et al.*, Civil Action No. 11-04223 (JW).

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter from David L. Yohai to John W. Carpenter, dated October 25, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 10, 2013, at New York, New York.

*/s/ David L. Yohai*<br>David L. Yohai