# EXHIBIT 2



A 1879296

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 12, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON February 05, 2008.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



R. PONDEXTER
Certifying Officer

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| U.S. Philips Corporation | 02/01/2008 |

RECEIVING PARTY DATA

| Name: | Koninklijke Philips Electronics N V |
|---|---|
| Street Address: | Groenewoudseweg 1 |
| City: | Eindhoven |
| State/Country: | NETHERLANDS |
| Postal Code: | 5621 BA |

| Name: | NXP B.V. |
|---|---|
| Street Address: | High Tech Campus 60 |
| City: | Eindhoven |
| State/Country: | NETHERLANDS |
| Postal Code: | 5656AG |

PROPERTY NUMBERS Total: 20

| Property Type | Number |
|---|---|
| Patent Number: | 5023717 |
| Patent Number: | 5648819 |
| Patent Number: | 5072293 |
| Patent Number: | 5148269 |
| Patent Number: | 5386248 |
| Patent Number: | 5280350 |
| Patent Number: | 5534946 |
| Patent Number: | 5495300 |
| Patent Number: | 5365280 |
| Patent Number: | 5469227 |

CH $800.00 5023717

| | |
|---|---|
| Patent Number: | 5532750 |
| Patent Number: | 5777682 |
| Patent Number: | 5929919 |
| Patent Number: | 6034734 |
| Patent Number: | 6411341 |
| Patent Number: | 6278736 |
| Patent Number: | 6385245 |
| Patent Number: | 6289051 |
| Patent Number: | 6378046 |
| Application Number: | 09158629 |

CORRESPONDENCE DATA

Fax Number: (914)332-0615

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

Phone: 914-332-0222

Email: ELISSA.DELUCCY@PHILIPS.COM

Correspondent Name: Michael E. Marion

Address Line 1: P.O. BOX 3001

Address Line 2: Intellectual Property & Standards

Address Line 4: BRIARCLIFF MNR., NEW YORK 10510-8001

| | |
|---|---|
| NAME OF SUBMITTER: | Michael E. Marion |

Total Attachments: 2
source=Assignment from USPC to NXP#page1.tif
source=Assignment from USPC to NXP#page2.tif

# ASSIGNMENT

U.S. PHILIPS CORPORATION, a Delaware Corporation, having an office at 1251 Avenue of the Americas, New York, NY 10020, USA (hereinafter "Assignor"), in consideration of one dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers to NXP B.V., a Private limited liability company, of High Tech Campus 60, 5656AG Eindhoven, The Netherlands, (hereinafter "Assignee") all its right, title and interest in the following United States Patents (hereinafter "Patent Rights"):

| Patent right | Family title | Application nr | Grant date | Patent nr |
|---|---|---|---|---|
| N 016629US | MOTION ESTIMATION PREDICTION FROM MULTIPLE PREVIOUS FIELDS | 09/158629 | | |
| F 088589US | LOW DEFINITION MOTION ESTIMATOR | 07/404935 | 11-Jun-1991 | 5023717 |
| F 094556US | IMPROVED MOTION ESTIMATOR FOR MPEG2 ENCODER | 08/413061 | 15-Jul-1997 | 5648819 |
| N 013068US | CONSEQUENT CONVERGENCE DIRECTIONS | 07/567414 | 10-Dec-1991 | 5072293 |
| N 013396US | MEDIAN FILTERED BLOCK EROSION | 07/727745 | 15-Sep-1992 | 5148269 |
| N 013428USA | CALCULATE VECTORS ONLY FOR SELECTED BLOCKS | 08/146468 | 31-Jan-1995 | 5386248 |
| N 013443US | MOTION COMPENSATED LINE NUMBER DOUBLING | 07/751290 | 18-Jan-1994 | 5280350 |
| N 014066USA | MULTIPLE VECTOR ORDERED STATISTICAL FILTER | 08/333904 | 09-Jul-1996 | 5534946 |
| N 014079USA | SINGLE FIELD MEM+single set of line mems for ME+MC | 08/231858 | 27-Feb-1996 | 5495300 |
| N 014114US | FILM AND MOTION-VECTOR-RELIABILITY INDICATION | 08/075653 | 15-Nov-1994 | 5365280 |
| N 014266US | PAL-PLUS TWO-LINE CHROMA MOTION DETECTOR | 08/148144 | 21-Nov-1995 | 5469227 |
| N 014794US | ALL SEQUENTIAL SCAN LINES ARE MOTION-COMPENSATED | 08/417718 | 02-Jul-1996 | 5532750 |
| N 015216US | HALO ARTIFACT REDUCTION IN MCI | 08/606133 | 07-Jul-1998 | 5777682 |
| N 015265US | ALTERNATING INCREASED / DECREASED VECTOR LENGTH FALLBACK | 08/626094 | 27-Jul-1999 | 5929919 |
| N 015542US | DOUBLE DIFFERENCE DEPENDENT SCAN CONVERSION | 08/742686 | 07-Mar-2000 | 6034734 |
| N 015943US | ADAPTIVE DELAY PROVIDES 2 MOTION PHASES | 08/924866 | 25-Jun-2002 | 6411341 |
| N 016112US | PARAMETRIC MOTION VECTOR | 08/863700 | 21-Aug-2001 | 6278736 |
| N 016529US | PARAMETRIC MOTION ESTIMATION 2 | 09/156935 | 07-May-2002 | 6385245 |
| N 016569US | TWIN MOTION ESTIMATOR | 09/168454 | 11-Sep-2001 | 6289051 |
| N 017236US | CACHE FOR TWO DIMENSIONAL MOVING WINDOW | 09/469452 | 23-Apr-2002 | 6378046 |

owned by Assignor, provided however that Assignor does not hereby sell, assign or transfer any interest in and/or right to claim and to sue for damages resulting from past infringement of said Patent Rights.

The Assignment is made subject to Assignor retaining a royalty free, world wide, non-exclusive, irrevocable and unrestricted license under said Patent Rights and further subject to all existing rights, commitments, licenses, non-assertion agreements and the like made by Assignor, KONINKLIJKE PHILIPS ELECTRONICS N.V. and/or its affiliates under said Patent Rights and to any extensions of term and/or renewals thereof.

Assignor covenants and agrees that it will, upon request, execute and deliver to Assignee or its legal representatives any and all papers, instruments and/or affidavits required to

PATENT
REEL: 020462 FRAME: 0046

apply for, obtain, maintain, issue, and/or enforce said Patent Rights which may be necessary to carry out the purposes hereof.

EXECUTED for ~~and~~ on behalf of
U.S. PHILIPS CORPORATION

Date: 2/1/08