# EXHIBIT 3



A 1879296

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 12, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON August 20, 2008.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

R. PONDEXTER
Certifying Officer

Form PTO-1595 (Rev. 07/05)
OMB No. 0651-0027 (exp. 7/31/2008)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| U.S. Philips Corporation | Name: NXP B.V. |
| | Internal Address: |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No | |
| **3. Nature of conveyance/Execution Date(s):** | Street Address: High Tech Campus 60 |
| Execution Date(s) February 1, 2008 | |
| ☑ Assignment    ☐ Merger | City: Eindhoven |
| ☐ Security Agreement   ☐ Change of Name | |
| ☐ Joint Research Agreement | State: |
| ☐ Government Interest Assignment | |
| ☐ Executive Order 9424, Confirmatory License | Country: The Netherlands   Zip: 5656AG |
| ☑ Other To correct assignment Doc. ID 700381100 | Additional name(s) & address(es) attached? ☐ Yes ☑ No |
| **4. Application or patent number(s):** | ☐ This document is being filed together with a new application. |
| A. Patent Application No.(s) | B. Patent No.(s) |
| 09/158,629 | 5,023,717 |
| Additional numbers attached? ☑ Yes ☐ No | |
| **5. Name and address to whom correspondence concerning document should be mailed:** | **6. Total number of applications and patents involved:** 20 |
| Name: Philips Electronics North America Corp. | **7. Total fee (37 CFR 1.21(h) & 3.41)** $ 800.00 |
| Internal Address: | ☐ Authorized to be charged by credit card |
| | ☑ Authorized to be charged to deposit account |
| Street Address: P.O. Box 3001 | ☐ Enclosed |
| | ☐ None required (government interest not affecting title) |
| City: Briarcliff Manor | **8. Payment Information** |
| State: NY   Zip: 10510-8001 | a. Credit Card   Last 4 Numbers _____ |
| | Expiration Date _____ |
| Phone Number: 914-333-9852 | b. Deposit Account Number 14-1270 |
| Fax Number: 914-332-0615 | Authorized User Name Michael E. Marion |
| Email Address: elissa.deluccy@philips.com | |
| 9. Signature: /Michael E. Marion/ | August 20, 2008 |
| Signature | Date |
| Michael E. Marion | Total number of pages including cover |
| Name of Person Signing | sheet, attachments, and documents: 6 |

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, V.A. 22313-1450

700381813

PATENT
REEL: 021411 FRAME: 0444

SCHEDULE FOR CONTINUATION OF NUMBERS

| Patent dogkt | Family title | Application | Grant date | Patent nr |
|---|---|---|---|---|
| N 016629US | MOTION ESTIMATION PREDICTION FROM MULTIPLE PREVIOUS FIELDS | 09/158629 | | |
| F 088589US | LOW DEFINITION MOTION ESTIMATOR | 07/404935 | 11-Jun-1991 | 5023717 |
| F 094556US | IMPROVED MOTION ESTIMATOR FOR MPEG2 ENCODER | 08/413061 | 15-Jul-1997 | 5648819 |
| N 013068US | CONSEQUENT CONVERGENCE DIRECTIONS | 07/567414 | 10-Dec-1991 | 5072293 |
| N 013396US | MEDIAN FILTERED BLOCK EROSION | 07/727745 | 15-Sep-1992 | 5148269 |
| N 013428USA | CALCULATE VECTORS ONLY FOR SELECTED BLOCKS | 08/146468 | 31-Jan-1995 | 5386248 |
| N 013443US | MOTION COMPENSATED LINE NUMBER DOUBLING | 07/751290 | 18-Jan-1994 | 5280350 |
| N 014066USA | MULTIPLE VECTOR ORDERED STATISTICAL FILTER | 08/333904 | 09-Jul-1996 | 5534946 |
| N 014079USA | SINGLE FIELD MEM+single set of line mems for ME+MC | 08/231858 | 27-Feb-1996 | 5495300 |
| N 014114US | FILM AND MOTION-VECTOR-RELIABILITY INDICATION | 08/075653 | 15-Nov-1994 | 5365280 |
| N 014266US | PAL-PLUS TWO-LINE CHROMA MOTION DETECTOR | 08/148144 | 21-Nov-1995 | 5469227 |
| N 014794US | ALL SEQUENTIAL SCAN LINES ARE MOTION-COMPENSATED | 08/417718 | 02-Jul-1996 | 5532750 |
| N 015216US | HALO ARTIFACT REDUCTION IN MCI | 08/606133 | 07-Jul-1998 | 5777682 |
| N 015265US | ALTERNATING INCREASED / DECREASED VECTOR LENGTH FALLBACK | 08/626094 | 27-Jul-1999 | 5929919 |
| N 015542US | DOUBLE DIFFERENCE DEPENDENT SCAN CONVERSION | 08/742686 | 07-Mar-2000 | 6034734 |
| N 015943US | ADAPTIVE DELAY PROVIDES 2 MOTION PHASES | 08/924866 | 25-Jun-2002 | 6411341 |
| N 016112US | PARAMETRIC MOTION VECTOR | 08/863700 | 21-Aug-2001 | 6278736 |
| N 016529US | PARAMETRIC MOTION ESTIMATION 2 | 09/156935 | 07-May-2002 | 6385245 |
| N 016569US | TWIN MOTION ESTIMATOR | 09/168454 | 11-Sep-2001 | 6289051 |
| N 017236US | CACHE FOR TWO DIMENSIONAL MOVING WINDOW | 09/469452 | 23-Apr-2002 | 6378046 |

ELECTRONICS NORTH AMERICA CORP. COMPANY: P.O. BOX 3001

Aug-13-2008 10:08 From-PHILIPS ELECTRONICS ICS 08/13/2008 914-332-0615 T-142 P.001/009 F-084
700381100

Form PTO-1595 (Rev. 07/05)
OMB No. 0651-0027 (exp. 7/31/2008)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
## PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**
U.S. Philips Corporation

Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No

**3. Nature of Conveyance/Execution Date(s):**
Execution Date(s) February 1, 2008
☑ Assignment  ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

**2. Name and address of receiving party(ies)**
Name: NXP B.V.
Internal Address: _____
Street Address: High Tech Campus 60
City: Eindhoven
State: _____
Country: The Netherlands   Zip: 5656AG

Additional name(s) & address(es) attached? ☐ Yes ☑ No

**4. Application or patent number(s):**
☐ This document is being filed together with a new application.
A. Patent Application No.(s)
05/158,629

B. Patent No.(s)
5,029,717

Additional numbers attached? ☑ Yes ☐ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: Philips Electronics North America Corp.
Internal Address: _____
Street Address: P.O. Box 3001
City: Briarcliff Manor
State: NY   Zip: 10510-8001
Phone Number: 914-333-9662
Fax Number: 914-332-0615
Email Address: aleena.delusignan@philips.com

**6. Total number of applications and patents involved:** 20

**7. Total fee (37 CFR 1.21(h) & 3.41)** $800.00
☐ Authorized to be charged by credit card
☑ Authorized to be charged to deposit account
☐ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**
a. Credit Card   Last 4 Numbers _____
                 Expiration Date _____
b. Deposit Account Number 14-1270
Authorized User Name Michael E. Marion

**9. Signature:** /Michael E. Marion/
Signature
Date: July 9, 2008
Michael E. Marion
Name of Person Signing
Total number of pages including cover sheet, attachments, and documents: 3

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

**PATENT**
**REEL: 021411 FRAME: 0446**

# ASSIGNMENT

U.S. PHILIPS CORPORATION, a Delaware Corporation, having an office at 1251 Avenue of the Americas, New York, NY 10020, USA (hereinafter "Assignor"), in consideration of one dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers to NXP B.V., a Private limited liability company, of High Tech Campus 60, 5656AG Eindhoven, The Netherlands, (hereinafter "Assignee") all its right, title and interest in the following United States Patents (hereinafter "Patent Rights"):

| Patent right | Family title | Application nr. | Grant date | Patent nr. |
|---|---|---|---|---|
| N 016629US | MOTION ESTIMATION PREDICTION FROM MULTIPLE PREVIOUS FIELDS | 09/158629 | | |
| F 088589US | LOW DEFINITION MOTION ESTIMATOR | 07/404935 | 11-Jun-1991 | 5023717 |
| F 094556US | IMPROVED MOTION ESTIMATOR FOR MPEG2 ENCODER | 08/413061 | 15-Jul-1997 | 5648819 |
| N 013088US | CONSEQUENT CONVERGENCE DIRECTIONS | 07/567414 | 10-Dec-1991 | 5072293 |
| N 013396US | MEDIAN FILTERED BLOCK EROSION | 07/727745 | 15-Sep-1992 | 5148269 |
| N 013428USA | CALCULATE VECTORS ONLY FOR SELECTED BLOCKS | 08/146468 | 31-Jan-1995 | 5386248 |
| N 013443US | MOTION COMPENSATED LINE NUMBER DOUBLING | 07/751290 | 18-Jan-1994 | 5280350 |
| N 014066USA | MULTIPLE VECTOR ORDERED STATISTICAL FILTER | 08/333904 | 09-Jul-1996 | 5534946 |
| N 014079USA | SINGLE FIELD MEM+single set of line mems for ME+MC | 08/231858 | 27-Feb-1996 | 5495300 |
| N 014114US | FILM AND MOTION-VECTOR-RELIABILITY INDICATION | 08/075653 | 15-Nov-1994 | 5365280 |
| N 014266US | PAL-PLUS TWO-LINE CHROMA MOTION DETECTOR | 08/148144 | 21-Nov-1995 | 5469227 |
| N 014794US | ALL SEQUENTIAL SCAN LINES ARE MOTION-COMPENSATED | 08/417718 | 02-Jul-1996 | 5532750 |
| N 015216US | HALO ARTIFACT REDUCTION IN MCI | 08/606133 | 07-Jul-1998 | 5777682 |
| N 015265US | ALTERNATING INCREASED / DECREASED VECTOR LENGTH FALLBACK | 08/626094 | 27-Jul-1999 | 5929919 |
| N 015542US | DOUBLE DIFFERENCE DEPENDENT SCAN CONVERSION | 08/742686 | 07-Mar-2000 | 6034734 |
| N 015943US | ADAPTIVE DELAY PROVIDES 2 MOTION PHASES | 08/924866 | 25-Jun-2002 | 6411341 |
| N 016112US | PARAMETRIC MOTION VECTOR | 08/863700 | 21-Aug-2001 | 6278736 |
| N 016529US | PARAMETRIC MOTION ESTIMATION 2 | 09/156935 | 07-May-2002 | 6385245 |
| N 016569US | TWIN MOTION ESTIMATOR | 09/168454 | 11-Sep-2001 | 6289051 |
| N 017236US | CACHE FOR TWO DIMENSIONAL MOVING WINDOW | 09/469452 | 23-Apr-2002 | 6378046 |

owned by Assignor, provided however that Assignor does not hereby sell, assign or transfer any interest in and/or right to claim and to sue for damages resulting from past infringement of said Patent Rights.

The Assignment is made subject to Assignor retaining a royalty free, world wide, non-exclusive, irrevocable and unrestricted license under said Patent Rights and further subject to all existing rights, commitments, licenses, non-assertion agreements and the like made by Assignor, KONINKLIJKE PHILIPS ELECTRONICS N.V. and/or its affiliates under said Patent Rights and to any extensions of term and/or renewals thereof.

Assignor covenants and agrees that it will, upon request, execute and deliver to Assignee or its legal representatives any and all papers, instruments and/or affidavits required to

**PATENT
REEL: 021411 FRAME: 0447**

apply for, obtain, maintain, issue, and/or enforce said Patent Rights which may be necessary to carry out the purposes hereof.

EXECUTED for and on behalf of
U.S. PHILIPS CORPORATION

*[signature]*

Date: 2/1/08

**RECORDED: 08/20/2008**

**PATENT
REEL: 021411 FRAME: 0448**