# EXHIBIT 4



A 1879296

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**April 12, 2012**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON February 13, 2010.

By Authority of the

**Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**

**R. PONDEXTER**

**Certifying Officer**



## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| NXP | 02/07/2010 |

RECEIVING PARTY DATA

| Name: | NXP Holding 1 B.V. |
|---|---|
| Street Address: | High Tech Campus 60 |
| City: | 5656 AG Eindhoven |
| State/Country: | NETHERLANDS |

PROPERTY NUMBERS Total: 365

| Property Type | Number |
|---|---|
| Application Number: | 11916192 |
| Application Number: | 11912007 |
| Application Number: | 11915401 |
| Application Number: | 11915489 |
| Application Number: | 11995601 |
| Application Number: | 12063855 |
| Application Number: | 11915288 |
| Application Number: | 12063854 |
| Application Number: | 12089247 |
| Application Number: | 12067080 |
| Application Number: | 12097638 |
| Application Number: | 12090736 |
| Application Number: | 12067982 |
| Application Number: | 12092129 |
| Application Number: | 12063074 |
| Application Number: | 12063060 |

OP $14600.00   11916192

**501092479**

**PATENT
REEL: 023928 FRAME: 0489**

| | |
|---|---|
| Application Number: | 11995984 |
| Application Number: | 11996470 |
| Application Number: | 12093694 |
| Application Number: | 12158995 |
| Application Number: | 12161570 |
| Application Number: | 12162825 |
| Application Number: | 12377976 |
| Application Number: | 12304336 |
| Application Number: | 12297500 |
| Application Number: | 12307787 |
| Application Number: | 12516785 |
| Application Number: | 12438316 |
| Application Number: | 12447202 |
| Application Number: | 12525137 |
| Application Number: | 12446636 |
| Application Number: | 12601291 |
| Application Number: | 12594312 |
| Application Number: | 12531637 |
| Application Number: | 12599048 |
| Application Number: | 12598040 |
| Application Number: | 12598017 |
| Application Number: | 12594294 |
| Application Number: | 61094322 |
| Application Number: | 61057925 |
| Application Number: | 12423199 |
| Application Number: | 12600659 |
| Application Number: | 12429908 |
| Application Number: | 12398042 |
| Patent Number: | 6043844 |
| Patent Number: | 5986691 |
| Patent Number: | 5521499 |
| Patent Number: | 5936660 |
| Patent Number: | RE39202 |
| Patent Number: | 5272661 |
| Patent Number: | 5379243 |

| | |
|---|---|
| Patent Number: | 5198703 |
| Patent Number: | 5542041 |
| Patent Number: | 5367203 |
| Patent Number: | 5554950 |
| Patent Number: | 6724829 |
| Patent Number: | 6501809 |
| Patent Number: | 6727959 |
| Patent Number: | 6526070 |
| Patent Number: | 6553040 |
| Patent Number: | 6556591 |
| Patent Number: | 6882690 |
| Patent Number: | 7103831 |
| Patent Number: | 6606724 |
| Patent Number: | 6810502 |
| Patent Number: | 7310768 |
| Patent Number: | 7568147 |
| Patent Number: | 7245242 |
| Patent Number: | 7504971 |
| Application Number: | 11522583 |
| Application Number: | 11303876 |
| Application Number: | 11233674 |
| Application Number: | 11303449 |
| Application Number: | 11595546 |
| Application Number: | 12145288 |
| Application Number: | 12144319 |
| Application Number: | 12405006 |
| Application Number: | 12245498 |
| Application Number: | 12245535 |
| Patent Number: | 7106810 |
| Application Number: | 10340577 |
| Patent Number: | 7424048 |
| Application Number: | 12187220 |
| Patent Number: | 6816940 |
| Patent Number: | 7010802 |
| Patent Number: | 6665752 |

| | |
|---|---|
| Patent Number: | 7206321 |
| Patent Number: | 6795512 |
| Patent Number: | 6856656 |
| Patent Number: | 7231005 |
| Patent Number: | 6769093 |
| Patent Number: | 7065703 |
| Patent Number: | 6865711 |
| Patent Number: | 6973615 |
| Patent Number: | 6922438 |
| Patent Number: | 7310369 |
| Patent Number: | 7206361 |
| Application Number: | 11685196 |
| Patent Number: | 7016376 |
| Patent Number: | 7549156 |
| Patent Number: | 7415075 |
| Application Number: | 11013963 |
| Application Number: | 10675566 |
| Patent Number: | 7564892 |
| Application Number: | 10867355 |
| Patent Number: | 6724817 |
| Patent Number: | 6785700 |
| Patent Number: | 7301379 |
| Application Number: | 11194107 |
| Application Number: | 12339249 |
| Application Number: | 12346906 |
| Application Number: | 12346936 |
| Application Number: | 12347841 |
| Application Number: | 12346910 |
| Application Number: | 12346912 |
| Patent Number: | 5874928 |
| Patent Number: | 6208350 |
| Patent Number: | 6538658 |
| Patent Number: | 6061094 |
| Patent Number: | 6396545 |
| Patent Number: | 5907371 |

| Patent Number: | 6434146 |
|---|---|
| Patent Number: | 6434170 |
| Patent Number: | 6359911 |
| Patent Number: | 6774918 |
| Patent Number: | 5386238 |
| Patent Number: | 5418576 |
| Patent Number: | 5486865 |
| Patent Number: | 5715011 |
| Patent Number: | 6208173 |
| Patent Number: | 6020882 |
| Patent Number: | 6493037 |
| Patent Number: | 6239844 |
| Patent Number: | 6411338 |
| Patent Number: | 6882332 |
| Patent Number: | 6803897 |
| Patent Number: | 6815999 |
| Patent Number: | 6801077 |
| Patent Number: | 6914473 |
| Patent Number: | 6762643 |
| Patent Number: | 7515145 |
| Application Number: | 10518772 |
| Patent Number: | 7113021 |
| Application Number: | 10532254 |
| Application Number: | 10534890 |
| Patent Number: | 7499015 |
| Application Number: | 10540686 |
| Patent Number: | 5121207 |
| Patent Number: | 5136384 |
| Patent Number: | 5065115 |
| Patent Number: | 5136369 |
| Patent Number: | 5343165 |
| Patent Number: | 5438371 |
| Patent Number: | 5953068 |
| Patent Number: | 5754252 |
| Patent Number: | 5802238 |

PATENT
REEL: 023928 FRAME: 0493

| | |
|---|---|
| Patent Number: | 5953480 |
| Patent Number: | 5933198 |
| Patent Number: | 6359655 |
| Patent Number: | 6044114 |
| Patent Number: | 6133949 |
| Patent Number: | 6008693 |
| Patent Number: | 6266096 |
| Patent Number: | 6675283 |
| Patent Number: | 6489958 |
| Patent Number: | 6414724 |
| Patent Number: | 6366036 |
| Patent Number: | 6768773 |
| Patent Number: | 6665018 |
| Patent Number: | 6778177 |
| Patent Number: | 7006150 |
| Patent Number: | 6917387 |
| Patent Number: | 7221726 |
| Patent Number: | 7499105 |
| Application Number: | 10502407 |
| Application Number: | 10520316 |
| Patent Number: | 7443375 |
| Patent Number: | 7570245 |
| Patent Number: | 7643039 |
| Application Number: | 11080776 |
| Patent Number: | 7379072 |
| Application Number: | 11690071 |
| Patent Number: | 7257499 |
| Patent Number: | 7355917 |
| Application Number: | 10548743 |
| Application Number: | 10554530 |
| Application Number: | 10579638 |
| Application Number: | 10580672 |
| Application Number: | 10585200 |
| Application Number: | 11631207 |
| Patent Number: | 5023717 |

PATENT
REEL: 023928 FRAME: 0494

| Patent Number: | 5055925 |
|---|---|
| Patent Number: | 5150066 |
| Patent Number: | 5274674 |
| Patent Number: | 6008849 |
| Patent Number: | 5648819 |
| Patent Number: | 6754281 |
| Patent Number: | 6707854 |
| Patent Number: | 6738840 |
| Patent Number: | 6865635 |
| Patent Number: | 6671318 |
| Patent Number: | 7301570 |
| Application Number: | 10104952 |
| Patent Number: | 7552159 |
| Patent Number: | 7277964 |
| Application Number: | 09989248 |
| Patent Number: | 7110567 |
| Patent Number: | 7200547 |
| Patent Number: | 7552343 |
| Application Number: | 10508287 |
| Patent Number: | 7249244 |
| Application Number: | 10522084 |
| Application Number: | 10522463 |
| Application Number: | 10536732 |
| Application Number: | 10555262 |
| Application Number: | 10556616 |
| Patent Number: | 7561208 |
| Application Number: | 10567224 |
| Application Number: | 10567397 |
| Application Number: | 10576666 |
| Application Number: | 10597061 |
| Application Number: | 11597534 |
| Patent Number: | 6842124 |
| Patent Number: | 7222336 |
| Patent Number: | 7483685 |
| Application Number: | 10573738 |

| | |
|---|---|
| Application Number: | 10574143 |
| Application Number: | 11575064 |
| Patent Number: | 5012143 |
| Patent Number: | 5072293 |
| Patent Number: | 6456679 |
| Application Number: | 10211895 |
| Patent Number: | 5148269 |
| Patent Number: | 5386248 |
| Patent Number: | 5280350 |
| Patent Number: | 5278476 |
| Patent Number: | 5534946 |
| Patent Number: | 5495300 |
| Patent Number: | 5365280 |
| Patent Number: | 5469227 |
| Patent Number: | 5734746 |
| Patent Number: | 5537071 |
| Patent Number: | 5612863 |
| Patent Number: | 5532750 |
| Patent Number: | 5703444 |
| Patent Number: | 5719593 |
| Patent Number: | 5777682 |
| Patent Number: | 5929919 |
| Patent Number: | 5742196 |
| Patent Number: | 5754244 |
| Patent Number: | 5959689 |
| Patent Number: | 6034734 |
| Patent Number: | 5892337 |
| Patent Number: | 6064434 |
| Patent Number: | 6411341 |
| Patent Number: | 5969487 |
| Patent Number: | 6278736 |
| Patent Number: | 5994958 |
| Patent Number: | 6774883 |
| Patent Number: | 6385245 |
| Patent Number: | 6289051 |

| | |
|---|---|
| Patent Number: | 6445741 |
| Patent Number: | 6313679 |
| Patent Number: | 6218791 |
| Patent Number: | 6489964 |
| Patent Number: | 6487313 |
| Patent Number: | 7058227 |
| Patent Number: | 6407727 |
| Patent Number: | 6378046 |
| Patent Number: | 6765628 |
| Patent Number: | 6348819 |
| Patent Number: | 6211629 |
| Patent Number: | 6498609 |
| Patent Number: | 6996175 |
| Patent Number: | 6618094 |
| Patent Number: | 6639944 |
| Patent Number: | 6996177 |
| Patent Number: | 6801591 |
| Patent Number: | 6741295 |
| Patent Number: | 6459219 |
| Application Number: | 09952059 |
| Patent Number: | 7039109 |
| Patent Number: | 7023920 |
| Patent Number: | 7010039 |
| Patent Number: | 7050114 |
| Application Number: | 10483024 |
| Patent Number: | 7010042 |
| Application Number: | 10237814 |
| Application Number: | 10494503 |
| Patent Number: | 7009451 |
| Patent Number: | 7262807 |
| Patent Number: | 7356670 |
| Application Number: | 10501424 |
| Application Number: | 10505499 |
| Patent Number: | 7571450 |
| Patent Number: | 7315332 |

| | |
|---|---|
| Application Number: | 10524968 |
| Application Number: | 10527098 |
| Application Number: | 10531902 |
| Application Number: | 10531931 |
| Application Number: | 10533019 |
| Application Number: | 10537673 |
| Application Number: | 10537448 |
| Patent Number: | 7551185 |
| Patent Number: | 7519230 |
| Patent Number: | 7064501 |
| Patent Number: | 7594046 |
| Patent Number: | 7525553 |
| Application Number: | 10563849 |
| Patent Number: | 7532220 |
| Application Number: | 10565816 |
| Patent Number: | 7536031 |
| Application Number: | 10571808 |
| Application Number: | 10577105 |
| Application Number: | 10581222 |
| Application Number: | 10584501 |
| Application Number: | 10587604 |
| Application Number: | 10590249 |
| Application Number: | 10592187 |
| Application Number: | 11579357 |
| Application Number: | 11569173 |
| Application Number: | 11570800 |
| Application Number: | 11572914 |
| Application Number: | 11574344 |
| Application Number: | 11722557 |
| Patent Number: | 6760376 |
| Patent Number: | 6646688 |
| Patent Number: | 6847406 |
| Patent Number: | 6940523 |
| Patent Number: | 6993071 |
| Application Number: | 09821277 |

PATENT
REEL: 023928 FRAME: 0498

| | |
|---|---|
| Patent Number: | 6782054 |
| Patent Number: | 6856649 |
| Application Number: | 09981143 |
| Patent Number: | 7116712 |
| Application Number: | 09966038 |
| Patent Number: | 6963890 |
| Application Number: | 09895905 |
| Patent Number: | 6714257 |
| Patent Number: | 6765622 |
| Patent Number: | 6999514 |
| Patent Number: | 7352814 |
| Application Number: | 10045929 |
| Patent Number: | 7257661 |
| Application Number: | 10184518 |
| Patent Number: | 7539391 |
| Patent Number: | 7315622 |
| Application Number: | 10185905 |
| Patent Number: | 7084929 |
| Patent Number: | 7376286 |
| Patent Number: | 7167108 |
| Patent Number: | 7552352 |
| Application Number: | 10536645 |
| Application Number: | 10537890 |
| Application Number: | 10537875 |
| Application Number: | 10539196 |
| Application Number: | 10537889 |
| Patent Number: | 7542041 |
| Application Number: | 10555518 |
| Application Number: | 10560713 |
| Application Number: | 10585443 |
| Application Number: | 10594022 |
| Application Number: | 11568512 |
| Application Number: | 11575487 |
| Patent Number: | 7570110 |

## CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (650)833-2001 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 6508332052 |
| Email: | susan.pingue@dlapiper.com |
| Correspondent Name: | David L. Alberti |
| Address Line 1: | DLA Piper LLP US |
| Address Line 2: | 2000 University Avenue |
| Address Line 4: | East Palo Alto, CALIFORNIA 94303 |

| ATTORNEY DOCKET NUMBER: | 348162-990000 |
|---|---|
| NAME OF SUBMITTER: | David L. Alberti |

Total Attachments: 50
source=NXPAssignmentandSchedule1Redacted#page1.tif
source=NXPAssignmentandSchedule1Redacted#page2.tif
source=NXPAssignmentandSchedule1Redacted#page3.tif
source=NXPAssignmentandSchedule1Redacted#page4.tif
source=NXPAssignmentandSchedule1Redacted#page5.tif
source=NXPAssignmentandSchedule1Redacted#page6.tif
source=NXPAssignmentandSchedule1Redacted#page7.tif
source=NXPAssignmentandSchedule1Redacted#page8.tif
source=NXPAssignmentandSchedule1Redacted#page9.tif
source=NXPAssignmentandSchedule1Redacted#page10.tif
source=NXPAssignmentandSchedule1Redacted#page11.tif
source=NXPAssignmentandSchedule1Redacted#page12.tif
source=NXPAssignmentandSchedule1Redacted#page13.tif
source=NXPAssignmentandSchedule1Redacted#page14.tif
source=NXPAssignmentandSchedule1Redacted#page15.tif
source=NXPAssignmentandSchedule1Redacted#page16.tif
source=NXPAssignmentandSchedule1Redacted#page17.tif
source=NXPAssignmentandSchedule1Redacted#page18.tif
source=NXPAssignmentandSchedule1Redacted#page19.tif
source=NXPAssignmentandSchedule1Redacted#page20.tif
source=NXPAssignmentandSchedule1Redacted#page21.tif
source=NXPAssignmentandSchedule1Redacted#page22.tif
source=NXPAssignmentandSchedule1Redacted#page23.tif
source=NXPAssignmentandSchedule1Redacted#page24.tif
source=NXPAssignmentandSchedule1Redacted#page25.tif
source=NXPAssignmentandSchedule1Redacted#page26.tif
source=NXPAssignmentandSchedule1Redacted#page27.tif
source=NXPAssignmentandSchedule1Redacted#page28.tif
source=NXPAssignmentandSchedule1Redacted#page29.tif
source=NXPAssignmentandSchedule1Redacted#page30.tif
source=NXPAssignmentandSchedule1Redacted#page31.tif
source=NXPAssignmentandSchedule1Redacted#page32.tif
source=NXPAssignmentandSchedule1Redacted#page33.tif
source=NXPAssignmentandSchedule1Redacted#page34.tif
source=NXPAssignmentandSchedule1Redacted#page35.tif
source=NXPAssignmentandSchedule1Redacted#page36.tif
source=NXPAssignmentandSchedule1Redacted#page37.tif

**PATENT**
**REEL: 023928 FRAME: 0500**

source=NXPAssignmentandSchedule1Redacted#page38.tif
source=NXPAssignmentandSchedule1Redacted#page39.tif
source=NXPAssignmentandSchedule1Redacted#page40.tif
source=NXPAssignmentandSchedule1Redacted#page41.tif
source=NXPAssignmentandSchedule1Redacted#page42.tif
source=NXPAssignmentandSchedule1Redacted#page43.tif
source=NXPAssignmentandSchedule1Redacted#page44.tif
source=NXPAssignmentandSchedule1Redacted#page45.tif
source=NXPAssignmentandSchedule1Redacted#page46.tif
source=NXPAssignmentandSchedule1Redacted#page47.tif
source=NXPAssignmentandSchedule1Redacted#page48.tif
source=NXPAssignmentandSchedule1Redacted#page49.tif
source=NXPAssignmentandSchedule1Redacted#page50.tif

## PATENT ASSIGNMENT

This PATENT ASSIGNMENT ("Assignment") dated as of February 7, 2010 (the "Effective Date"), is made by and between NXP, a Dutch *besloten venootshap* with an office at High Tech Campus 60, 5656 AG Eindhoven, The Netherlands ("Assignor") and NXP Holding 1 B.V., a Dutch *besloten venootshap*, with an office at High Tech Campus 60, 5656 AG Eindhoven, The Netherlands ("Assignee").

WHEREAS, Assignor owns all right, title and interest in and to each issued patent and each pending patent application identified on Schedule 1 (collectively, the "Patents");

WHEREAS, Assignor and Assignee have entered into that certain Intellectual Property Transfer and License Agreement, dated as of February 7, 2010 (the "IP Agreement"), by and between Assignor and Assignee; and

WHEREAS, Assignor desires to sell, assign and transfer, and Assignee desires to receive, the Patents.

NOW, THEREFORE, for good and valuable consideration, including the premises and covenants set forth in the IP Agreement, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

Assignor hereby irrevocably sells, conveys, assigns and transfers to Assignee and its successors and assigns forever, without any restrictions, limitations or reservations all of Assignor's right, title and interest in and to the Patents, including without limitation, (i) any and all rights of priority and any foreign patents issuing thereon, (ii) all extensions, divisions, reissues, renewals and continuations thereof, (iii) all income, royalties or payments now or hereafter due or payable with respect to the Patents, (iv) all past, present and future claims, counterclaims, credits, causes of action, choses in action, rights of recovery and rights of setoff against third persons for infringement or other unauthorized violation of the Patents, together with the right at law or in equity to sue for and collect any resulting recovery of damages, lost profits, legal fees and costs, and (v) any and all rights corresponding thereto throughout the world (all collectively, the "Assigned Rights"), and Assignee does hereby accept assignment of the Assigned Rights from Assignor.

Assignee, its successors and assigns shall hold the rights to the Assigned Rights as fully and entirely as the same would have been held and enjoyed by Assignor had this Assignment not been made.

The internal law, without regard for conflicts of laws principles, of the State of New York shall govern the validity of this Assignment, the construction of its terms, and the interpretation and enforcement of the rights and duties of the parties hereto.

This Assignment may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument.

**PATENT
REEL: 023928 FRAME: 0502**

IN WITNESS WHEREOF, this Agreement has been signed on behalf of each of the parties hereto as of the date first written above.

NXP B.V.

By: _____

Name: _Guido Dierich_

Title: _Authorized Signatory_

[*Notary Seal for Assignor*]

*Signature Page for Patent Assignment*



**NOTARIZATION**

**The undersigned:**

Petra Maria de Jong, civil-law notary in Eindhoven, the Netherlands,

**declares:**
The signature on the attached document is the original signature of Mr. Guido Rudolf Clemens Dierick, bearer of a Dutch passport with number NNFD11C62, valid until the 6th day of July 2014.

This statement explicitly contains no judgement as to the contents of the Agreement referred to in the attached document nor regarding the authority of Mr. Dierick to represent NXP B.V.

Signed in Eindhoven, the Netherlands, on February 4, 2010.





P.M. de Jong



In the Netherlands, the practice is conducted by AKD Prinsen Van Wijmen N.V. (registered in the Trade Register of the Chamber of Commerce, number 24366820). The general conditions of AKD Prinsen Van Wijmen N.V. are applicable and contain a limitation of liability clause. The applicability of any other general terms and conditions is hereby expressly excluded. The general conditions have been deposited at the Rotterdam District Court. Every liability is restricted to the sum paid in the case concerned under the (professional) liability insurance including the amount of the policy excess.
On request the general conditions will be sent without charges. They are also available on www.akd.nl.
AKD:#2212849v5

**PATENT
REEL: 023928 FRAME: 0504**

NXP HOLDING 1 B.V.

By: _____

Name: _Guido Dierick_  _Jean Schreurs_

Title: _Authorized Signatories_

[*Notary Seal for Assignee*]

*Signature Page for Patent Assignment*



**NOTARIZATION**

**The undersigned:**

Petra Maria de Jong, civil-law notary in Eindhoven, the Netherlands,

**declares:**

The signatures on the attached document are the original signatures of Mr. Johannes Anetta Wilhelmus Schreurs, holder of a Dutch passport with number NPP7F8CB0, valid until the 14th day of May 2012 and Mr. Guido Rudolf Clemens Dierick, holder of a Dutch passport with number NNFD11C62, valid until the 6th day of July 2014.

This statement explicitly contains no judgement as to the contents of the Patent Assignment referred to in the attached document nor regarding the authority of Mr. J.A.W. Schreurs and/or Mr. Dierick to represent NXP Holding 1 B.V.

Signed in Eindhoven, the Netherlands, on February 4, 2010.





P.M. de Jong



In the Netherlands, the practice is conducted by AKD Prinsen Van Wijmen N.V. (registered in the Trade Register of the Chamber of Commerce, number 24366820). The general conditions of AKD Prinsen Van Wijmen N.V. are applicable and contain a limitation of liability clause. The applicability of any other general terms and conditions is hereby expressly excluded. The general conditions have been deposited at the Rotterdam District Court. Every liability is restricted to the sum paid in the case concerned under the (professional) liability insurance including the amount of the policy excess.
On request the general conditions will be sent without charges. They are also available on www.akd.nl.
AKD:#2613233v3

**PATENT**
**REEL: 023928 FRAME: 0506**

Schedule 1: Patents and Patent Applications    (REDACTED COPY)

| | Filed Date | Region | Appl.Nr. | | Pat.Nr. | |
|---|---|---|---|---|---|---|
| | 2006-05-30 | US | 11/916192 | | | |
| | 2006-04-14 | US | 11/912007 | | | |
| | 2006-05-08 | US | 11/913401 | | | |
| | 2006-04-13 | US | 11/911864 | | 7570110 | |
| | 2006-05-19 | US | 11/915489 | | | |
| | 2006-07-13 | US | 11/995601 | | | |

S-1

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 2006-08-07 | US | 12063855 | |
| 2006-05-23 | US | 11/915288 | |
| 2006-09-29 | US | 12063854 | |
| 2006-09-29 | US | 12089247 | |
| 2006-08-10 | US | 12063854 | |
| 2006-09-13 | US | 12067080 | |
| 2006-12-08 | US | 12097638 | |
| 2006-10-20 | US | 12090736 | |
| 2006-09-25 | US | 12067982 | |
| 2006-10-27 | US | 12092129 | |
| 2006-08-03 | US | 12063074 | |
| 2006-07-31 | US | 12063060 | |

S-2

PATENT
REEL: 023928 FRAME: 0508

S-3

| Filed Date | Region | AppNr | | PatNr | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 2006-07-10 | US | 11/955984 | | | |
| 2006-07-12 | US | 11/996470 | | | |
| | | | | | |
| 2006-10-29 | US | 12/093694 | | | |
| | | | | | |
| 2006-12-21 | US | 12/158995 | | | |
| 2007-01-18 | US | 12/161570 | | | |
| 2007-01-31 | US | 12/162825 | | | |
| | | | | | |
| 2007-08-06 | US | 12/377976 | | | |
| | | | | | |
| 2007-06-12 | US | 12/304336 | | | |

PATENT
REEL: 023928 FRAME: 0509

| Filed Date | Region | Applic. | | Pub'n | |
|---|---|---|---|---|---|
| 2007-03-29 | US | 12/297506 | | | |
| 2007-07-10 | US | 12/307787 | | | |
| | US | 12/516785 | | | |
| 2007-08-20 | US | 12/438316 | | | |
| 2007-10-15 | US | 12/447202 | | | |
| 2009-07-30 | US | 12/525137 | | | |
| 2007-10-19 | US | 12/446636 | | | |
| 2008-06-06 | US | 12/601291 | | | |
| 2008-03-31 | US | 12/594312 | | | |
| 2008-03-18 | US | 12/531637 | | | |

S-4

PATENT
REEL: 023928 FRAME: 0510

S-5

| Filed Date | | Region | AppNr | | PatNr |
|---|---|---|---|---|---|
| 2008-05-14 | | US | 12/599048 | | |
| 2008-05-05 | | US | 12/598040 | | |
| 2008-04-24 | | US | 12/598017 | | |
| 2008-04-03 | | US | 12/594294 | | |
| 2008-09-04 | | US | 61/094322 | | |
| 2008-06-02 | | US | 61/057925 | | |
| 2009-04-14 | | US | 12/423199 | | |

S-6

| Filed Date | Region | AppNr. | PatNr. |
|---|---|---|---|
| 2008-06-06 | US | 12/600659 | |
| 2009-04-24 | US | 12/429008 | |
| 2009-03-04 | US | 12/398042 | |

PATENT
REEL: 023928 FRAME: 0512

S-7

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 1997-02-18 | US | 08/802042 | 6043844 |
| 1997-12-15 | US | 08/990279 | 5986691 |
| 1991-12-03 | US | 07/802072 | 5198703 |
| 1992-08-31 | US | 07/938109 | 5379243 |
| 1992-12-15 | US | 07/990524 | 5272661 |
| 2000-01-25 | US | 09/491032 | RE39202 |
| 1997-12-10 | US | 08/988548 | 5936660 |
| 1992-12-23 | US | 07/994831 | 5521499 |
| 1994-06-10 | US | 08/319427 | 5542041 |
| 1993-01-21 | US | 08/006823 | 5367203 |
| 1995-02-02 | US | 08/382677 | 5554950 |
| 1999-03-18 | US | 09/272632 | 6728829 |
| 1999-03-19 | US | 09/272760 | 6501809 |
| 1999-11-22 | US | 09/450643 | 6727959 |

PATENT
REEL: 023928 FRAME: 0513

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 1999-10-09 | US | 09/415612 | 6526070 |
| 2001-07-19 | US | 09/908759 | 6553040 |
| 2001-07-19 | US | 09/909044 | 6556591 |
| 2000-09-22 | US | 09/668231 | 6882690 |
| 2003-01-22 | US | 10/350303 | 7103831 |
| 2000-01-28 | US | 09/492562 | 6606724 |
| 2001-05-25 | US | 09/865958 | 6810502 |
| 2004-07-16 | US | 10/892238 | 7310768 |
| 2007-11-21 | US | 10/944320 | 7568147 |
| | | | |
| 2006-09-18 | US | 11/522583 | |
| 2005-11-28 | US | 11/287630 | 7245242 |
| 2007-06-08 | US | 11/760303 | 7504971 |
| | | | |
| 2005-12-16 | US | 11/303876 | |
| 2005-09-23 | US | 11/233674 | |
| 2005-12-16 | US | 11/303449 | |
| | | | |
| 2006-11-10 | US | 11/593546 | |
| | | | |
| 2008-06-24 | US | 12/145288 | |

S-8

PATENT
REEL: 023928 FRAME: 0514

S-9

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 2008-06-23 | US | 12/144319 | |
| 2009-03-16 | US | 12/405006 | |
| 2008-10-03 | US | 12/245498 | |
| 2008-10-03 | US | 12/245535 | |
| 2002-03-22 | US | 10/105731 | 7106810 |
| 2000-10-18 | US | 10/340577 | |
| 2003-01-10 | US | 10/340854 | 7424048 |
| 2008-08-06 | US | 12/187220 | |
| 2001-02-16 | US | 09/785035 | 6816940 |
| 2000-03-01 | US | 09/516284 | 7010802 |
| 2000-03-01 | US | 09/516465 | 6665752 |
| 2001-09-27 | US | 09/966374 | 7206321 |
| 2000-11-17 | US | 09/713877 | 6793512 |
| 2002-12-04 | US | 09/729652 | 6856656 |
| 2003-02-14 | US | 10/368017 | 7231005 |
| 2001-02-14 | US | 09/788171 | 6769093 |
| 2004-07-15 | US | 10/893673 | 7065703 |
| 2001-12-13 | US | 10/013492 | 6865711 |
| 2001-12-13 | US | 10/013490 | 6973615 |

PATENT
REEL: 023928 FRAME: 0515

S-10

| Filed Date | Region | AppNbr | PatNbr |
|---|---|---|---|
| 2001-03-22 | US | 09/815149 | 6922438 |
| 2001-05-30 | US | 09/870926 | 7310269 |
| 2002-06-12 | US | 10/170165 | 7206361 |
| 2007-03-12 | US | 11/685196 | |
| 2001-06-26 | US | 09/892069 | 7016376 |
| 2003-10-01 | US | 10/677110 | 7549156 |
| 2002-10-29 | US | 10/284121 | 7419075 |
| 2004-12-16 | US | 11/013963 | |
| 2003-09-30 | US | 10/675566 | |
| 2003-06-30 | US | 10/611400 | 7564892 |
| 2004-06-14 | US | 10/867355 | |
| 2000-06-05 | US | 09/588266 | 6724817 |
| 2000-12-13 | US | 09/736891 | 6785700 |
| 2005-07-29 | US | 11/194085 | 7301379 |
| 2005-07-28 | US | 11/194107 | |
| 2008-12-19 | US | 12/339249 | |
| 2008-12-31 | US | 12/346906 | |
| 2008-12-31 | US | 12/346936 | |
| 2008-12-31 | US | 12/347841 | |
| 2008-12-31 | US | 12/346910 | |
| 2008-12-31 | US | 12/346912 | |

PATENT
REEL: 023928 FRAME: 0516

S-11

| Filed Date | | Region | AppNr | | PatNr | |
|---|---|---|---|---|---|---|
| 1995-08-24 | | US | 08/519142 | | 5874928 | |
| 2000-09-30 | | US | 09/677823 | | 6538658 | |
| 1997-11-04 | | US | 08/963931 | | 6208350 | |
| 1997-11-12 | | US | 08/968372 | | 6061094 | |
| 1999-03-01 | | US | 09/259715 | | 6356545 | |
| 1996-10-02 | | US | 08/725113 | | 5907371 | |
| 1998-12-04 | | US | 09/205492 | | 6434146 | |
| 1998-12-04 | | US | 09/205482 | | 6434170 | |
| 1998-12-04 | | US | 09/205807 | | 6355911 | |
| 2000-06-28 | | US | 09/605957 | | 6774918 | |
| 1993-01-18 | | US | 08/002434 | | 5386238 | |
| 1994-09-19 | | US | 08/308471 | | 5418576 | |

PATENT
REEL: 023928 FRAME: 0517

S-12

| Filed Date | Region | AppNr | | PatNr | |
|---|---|---|---|---|---|
| 1999-12-03 | US | 09/454352 | | 6493037 | |
| 1998-02-10 | US | 09/021260 | | 6020882 | |
| 1997-06-27 | US | 08/883732 | | 6208173 | |
| 1996-04-22 | US | 08/635806 | | 5715011 | |
| 1993-03-25 | US | 08/036771 | | 5468865 | |

S-13

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 1999-12-03 | US | 09/454344 | 6259844 |
| 2000-01-25 | US | 09/490587 | 6411338 |
| 2001-11-29 | US | 09/998055 | 6882332 |
| 2001-12-18 | US | 10/204066 | 6803897 |
| 2001-12-17 | US | 10/023107 | 6815999 |

S-14

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
|  |  |  |  |
| 2002-01-29 | US | 10/059428 | 6801077 |
|  |  |  |  |
| 2002-02-21 | US | 10/081891 | 6914473 |
|  |  |  |  |
| 2002-04-08 | US | 10/297730 | 6763643 |
| 2002-12-05 | US | 10/310729 | 7515145 |
|  |  |  |  |
| 2003-06-17 | US | 10/518772 |  |
| 2003-08-21 | US | 10/523861 | 7113021 |
|  |  |  |  |
| 2003-10-17 | US | 10/532254 |  |

S-15

| Filed Date | | Region | ApplNr | | PatNr | | | |
|---|---|---|---|---|---|---|---|---|
| 2003-10-28 | | US | 10/534890 | | | | | |
| 2003-11-18 | | US | 10/535698 | | 7499015 | | | |
| 2003-12-29 | | US | 10/546086 | | | | | |
| 1990-10-17 | | US | 07/599336 | | 5121207 | | | |
| 1990-11-20 | | US | 07/616446 | | 5136384 | | | |
| 1990-11-20 | | US | 07/616455 | | 5065115 | | | |
| 1991-04-12 | | US | 07/683374 | | 5136569 | | | |
| 1992-10-30 | | US | 07/966930 | | 5343165 | | | |
| 1993-06-23 | | US | 08/082071 | | 5438371 | | | |
| 1995-06-15 | | US | 08/491009 | | 5953068 | | | |

PATENT
REEL: 023928 FRAME: 0521

S-16

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 1996-02-12 | US | 08/599842 | 5754252 |
| 1996-07-08 | US | 08/677002 | 5802238 |
| 1996-07-11 | US | 08/678216 | 5953480 |
| 1997-04-07 | US | 08/838489 | 6359655 |
| 1997-02-10 | US | 08/798345 | 5933198 |
| 1997-04-07 | US | 08/838488 | 6044114 |
| 1997-04-17 | US | 08/841913 | 6133949 |
| 1998-02-25 | US | 09/030485 | 6008693 |
| 1998-06-01 | US | 09/088723 | 6266096 |

PATENT
REEL: 023928 FRAME: 0522

| | | Filed Date | | Region | AppNr. | | PatNr | |
|---|---|---|---|---|---|---|---|---|
| | | 2002-03-05 | | US | 10/090916 | | 7006150 | |
| | | | | | | | | |
| | | 2002-02-19 | | US | 09/958,297 | | 6778177 | |
| | | | | | | | | |
| | | 2000-11-27 | | US | 09/722805 | | 6665018 | |
| | | 2000-11-27 | | US | 09/723134 | | 6768773 | |
| | | 2000-09-18 | | US | 09/663591 | | 6360036 | |
| | | 1999-04-26 | | US | 09/299325 | | 6414724 | |
| | | 2000-07-14 | | US | 09/554634 | | 6489958 | |
| | | 2000-06-28 | | US | 09/555940 | | 6675283 | |

PATENT
REEL: 023928 FRAME: 0523

S-18

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 2002-05-13 | US | 10/144432 | 6917387 |
| 2002-06-26 | US | 10/180402 | 7221726 |
| 2002-11-25 | US | 10/498555 | 7499105 |
| 2003-01-22 | US | 10/502407 | |
| 2003-07-01 | US | 10/520316 | |
| 2003-10-27 | US | 10/534161 | 7443375 |
| 2003-08-29 | US | 11/071537 | 7570245 |
| 2003-08-29 | US | 11/071879 | 7643039 |

PATENT
REEL: 023928 FRAME: 0524

S-19

| Filed Date | Region | AppNr | PatNr |
| --- | --- | --- | --- |
| 2003-09-09 | US | 11/080776 | |
| 2003-09-09 | US | 10/916983 | 7379072 |
| 2007-03-22 | US | 11/090071 | |
| 2005-10-17 | US | 11/098743 | 7257499 |
| 2004-02-27 | US | 10/548742 | 7355917 |
| 2004-03-05 | US | 10/548743 | |
| 2004-04-22 | US | 10/554530 | |

PATENT
REEL: 023928 FRAME: 0525

S-20

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 2004-11-10 | US | 10/579638 | |
| 2004-12-06 | US | 10/580672 | |
| 2004-12-20 | US | 10/585200 | |
| | | | |
| 2005-06-30 | US | 11/631207 | |
| 1989-09-07 | US | 07/404935 | 5023717 |
| 1990-03-09 | | 07/491149 | 5055925 |
| 1990-05-30 | US | 07/510712 | 5150066 |
| | | | |
| 1995-11-21 | US | 08/561572 | 6008849 |
| 1991-06-07 | US | 07/712221 | 5274674 |
| | | | |
| 1995-03-29 | US | 08/413061 | 5648819 |

PATENT
REEL: 023928 FRAME: 0526

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 2000-05-10 | US | 09/568287 | 6754281 |
| 2000-09-18 | US | 09/663668 | 6707854 |
| 2000-08-17 | US | 09/640734 | 6738840 |
| 2000-08-29 | US | 09/649931 | 6865655 |
| 2001-04-10 | US | 09/835790 | 6671318 |
| 2002-03-22 | US | 10/104911 | 7301570 |

PATENT
REEL: 023928 FRAME: 0527

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 2002-03-22 | US | 10/104952 | |
| 2002-04-08 | US | 10/474120 | 7552159 |
| 2002-08-16 | US | 10/222219 | 7277964 |
| 2001-11-20 | US | 09/989248 | |
| 2002-12-17 | US | 10/321199 | 7110567 |
| 2003-01-24 | US | 10/350938 | 7206547 |
| 2003-03-11 | US | 10/507808 | 7552343 |
| 2003-03-14 | US | 10/508287 | |

PATENT
REEL: 023928 FRAME: 0528

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 2004-07-14 | US | 10/567224 | |
| 2004-06-08 | US | 10/561462 | 7561208 |
| 2004-05-06 | US | 10/556616 | |
| 2004-04-28 | US | 10/555262 | |
| 2003-11-11 | US | 10/536732 | |
| 2003-07-09 | US | 10/522463 | |
| 2003-07-08 | US | 10/522084 | |
| 2003-03-31 | US | 10/510587 | 7249244 |

S-23

| | Filed Date | | Region | AppNr | | PatNr | | |
|---|---|---|---|---|---|---|---|---|
| | 2004-07-14 | | US | 10/567397 | | | | |
| | 2006-04-21 | | US | 10/576666 | | | | |
| | 2005-01-10 | | US | 10/597706 | | | | |
| | 2005-05-20 | | US | 11/597534 | | | | |
| | 2002-09-18 | | US | 10/246169 | | 6842124 | | |

S-24

PATENT
REEL: 023928 FRAME: 0530

| Filed Date | Region | AppNr | PubNr |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 2002-09-20 | US | 10247977 | 7222336 |
| | | | |
| | | | |
| 2003-06-12 | US | 10518259 | 7483685 |
| 2004-09-29 | US | 10573738 | |
| | | | |
| 2004-10-01 | US | 10574143 | |
| | | | |
| 2005-09-08 | US | 11575064 | |
| 1989-10-04 | US | 07417976 | 5012143 |
| | | | |

S-25

PATENT
REEL: 023928 FRAME: 0531

| " | | Filed Date | | Region | ApplNr | | PatNr | " |
|---|---|---|---|---|---|---|---|---|
| | | 1990-08-14 | | US | 07/567414 | | 5072293 | |
| | | | | | | | | |
| | | 2002-08-02 | | US | 10/211895 | | | |
| | | 1995-03-01 | | US | 08/397021 | | 6456679 | |
| | | 1991-07-10 | | US | 07/727745 | | 5148269 | |
| | | 1993-11-01 | | US | 08/146468 | | 5386248 | |
| | | 1991-08-29 | | US | 07/751290 | | 5280350 | |
| | | 1992-10-29 | | US | 07/968607 | | 5278476 | |

S-26

PATENT
REEL: 023928 FRAME: 0532

S-27

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 1994-11-03 | US | 08/333904 | 5334946 |
| 1994-04-22 | US | 08/231858 | 5493500 |
| 1993-06-11 | US | 08/075653 | 5365280 |

| | | Filed Date | Region | AppNr | | PatNr | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | 1993-11-04 | US | 08/148144 | | 5469227 | | |
| | | | | | | | | |
| | | 1996-08-27 | US | 08/704401 | | 5734746 | | |
| | | 1994-11-21 | US | 08/342981 | | 5537071 | | |
| | | 1995-02-03 | US | 08/383392 | | 5612863 | | |
| | | 1995-04-03 | US | 08/417718 | | 5532250 | | |
| | | 1995-08-16 | US | 08/515555 | | 5703444 | | |

S-28

PATENT
REEL: 023928 FRAME: 0534

S-29

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 1996-10-31 | US | 08742686 | 6034734 |
| 1996-07-19 | US | 08683995 | 5959689 |
| 1996-05-02 | US | 08642017 | 5754244 |
| 1996-04-03 | US | 08626094 | 5929919 |
| 1996-04-09 | US | 08631296 | 5742196 |
| 1996-02-23 | US | 08606133 | 5777682 |
| 1995-12-22 | US | 08575801 | 5719593 |

PATENT
REEL: 023928 FRAME: 0535

S-30

| Filed Date | | Region | ApplNr | | PatNr | |
|---|---|---|---|---|---|---|
| 1997-01-23 | | US | 08788734 | | 5892337 | |
| 1997-02-03 | | US | 08792045 | | 6064434 | |
| 1997-09-05 | | US | 08928866 | | 6411341 | |
| 1997-09-30 | | US | 08941642 | | 5969487 | |
| 1997-05-27 | | US | 08863000 | | 6278736 | |
| 1998-02-19 | | US | 09026449 | | 5994958 | |
| 1998-03-05 | | US | 09035431 | | 6774883 | |

PATENT
REEL: 023928 FRAME: 0536

S-31

| Filed Date | Region | AppNr | PatNr | |
|---|---|---|---|---|
| 1999-12-21 | US | 09/469452 | 6378046 | |
| 1999-09-03 | US | 09/389827 | 6407727 | |
| 2002-07-17 | US | 10/196817 | 7058227 | |
| 1996-08-16 | US | 09/374696 | 6487313 | |
| 1999-06-25 | US | 09/344232 | 6489964 | |
| 1999-04-20 | US | 09/294860 | 6313679 | |
| 1999-06-04 | US | 09/326508 | 6218791 | |
| 2001-04-26 | US | 09/843430 | 6445741 | |
| 1998-10-08 | US | 09/168454 | 6280051 | |
| 1998-09-18 | US | 09/156935 | 6385245 | |

S-32

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 1999-12-13 | US | 09/601855 | 6765628 |
| 2000-02-02 | US | 09/497003 | 6348819 |
| 2000-03-02 | US | 09/517727 | 6211629 |
|  |  |  |  |
| 2000-05-02 | US | 09/563301 | 6498609 |
| 1999-12-07 | US | 09/455662 | 6996175 |
|  |  |  |  |
| 2000-05-22 | US | 09/575604 | 6618094 |
|  |  |  |  |
| 2000-04-26 | US | 09/559805 | 6639944 |
|  |  |  |  |
| 2000-07-24 | US | 09/624522 | 6996177 |
|  |  |  |  |
| 2000-09-19 | US | 09/665629 | 6801591 |

PATENT
REEL: 023928 FRAME: 0538

| Filed Date | | Region | Appl'N° | | Pat'N° | | |
|---|---|---|---|---|---|---|---|
| 2001-06-11 | | US | 09/878682 | | 6741295 | | |
| 2000-09-25 | | US | 09/835929 | | 6459219 | | |
| 2001-09-14 | | US | 09/952059 | | | | |
| 2002-01-14 | | US | 10/046926 | | 7039109 | | |
| 2002-02-19 | | US | 10/078953 | | 7023920 | | |
| 2001-05-15 | | US | 09/855628 | | 7010039 | | |

PATENT
REEL: 023928 FRAME: 0539

S-34

| Filed Date | | Region | AppNr | | PatNr | |
|---|---|---|---|---|---|---|
| 2002-10-24 | | US | 10/495503 | | | |
| 2002-09-09 | | US | 10/237814 | | | |
| 2002-09-04 | | US | 10/234784 | | 7010042 | |
| 2002-06-21 | | US | 10/483024 | | | |
| 2002-04-08 | | US | 10/117827 | | 7050114 | |

S-35

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| 2002-10-24 | US | 10/493956 | 7009451 |
| | | | |
| | | | |
| 2002-10-28 | US | 10/493947 | 7262807 |
| 2002-12-05 | US | 10/498293 | 7356670 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 2002-12-12 | US | 10/501424 | |
| | | | |
| | | | |
| 2003-02-05 | US | 10/505469 | |
| | | | |

PATENT
REEL: 023928 FRAME: 0541

S-36

| Filed Date | Region | ApplNr | PatNr | " |
|---|---|---|---|---|
| 2003-02-12 | US | 10/506836 | 7571450 | |
| 2003-04-11 | US | 10/511482 | 7315332 | |
| 2003-07-24 | US | 10/524968 | | |
| 2003-08-06 | US | 10/527098 | | |
| 2003-09-19 | US | 10/531902 | | |
| 2003-10-01 | US | 10/531931 | | |
| 2003-10-22 | US | 10/533019 | | |
| 2003-12-03 | US | 10/537673 | | |

PATENT
REEL: 023928 FRAME: 0542

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
|  |  |  |  |
| 2005-11-27 | US | 10/537448 |  |
|  |  |  |  |
| 2005-12-08 | US | 10/540103 | 7551185 |
| 2003-12-16 | US | 10/542893 | 7519230 |
| 2004-02-20 | US | 10/784019 | 7064501 |
|  |  |  |  |
| 2004-04-08 | US | 10/552778 | 7594046 |
|  |  |  |  |
| 2004-04-13 | US | 10/552800 | 7525553 |
|  |  |  |  |
| 2004-07-01 | US | 10/563849 |  |
|  |  |  |  |
| 2004-07-21 | US | 10/564921 | 7332220 |

S-37

PATENT
REEL: 023928 FRAME: 0543

S-38

| Filed Date | | Region | AppNr | | PatNr | |
|---|---|---|---|---|---|---|
| 2004-07-14 | | US | 10/563816 | | | |
| 2004-08-23 | | US | 10/569681 | | 7536031 | |
| 2004-08-31 | | US | 10/571808 | | | |
| 2004-10-19 | | US | 10/577105 | | | |
| 2004-12-03 | | US | 10/581222 | | | |
| 2004-12-21 | | US | 10/584501 | | | |
| 2005-01-20 | | US | 10/587604 | | | |
| 2005-02-09 | | US | 10/590249 | | | |

PATENT
REEL: 023928 FRAME: 0544

S-39

| Filed Date | Region | AppNr | PatNr |
|---|---|---|---|
| | | | |
| | | | |
| 2005-08-30 | US | 11/574344 | |
| | | | |
| 2005-07-18 | US | 11/579314 | |
| 2005-06-21 | US | 11/570800 | |
| | | | |
| | | | |
| | | | |
| 2005-05-17 | US | 11/569173 | |
| | | | |
| | | | |
| | | | |
| 2005-04-29 | US | 11/579357 | |
| | | | |
| | | | |
| 2005-02-23 | US | 10/592187 | |

S-40

| Filed Date | Region | ApplNr | PatNr |
|---|---|---|---|
| 2005-12-19 | US | 11/722557 | |
| 2000-11-06 | US | 09/706671 | 6760376 |
| 2000-11-10 | US | 09/709997 | 6646688 |
| 2001-10-09 | US | 09/973309 | 6847406 |
| 2001-03-20 | US | 09/812437 | 6993071 |
| 2000-11-15 | US | 09/713412 | 6940523 |
| 2001-03-29 | US | 09/821277 | |
| 2001-04-20 | US | 09/839321 | 6782054 |

S-41

| Filed Date | | Region | AppNr | | PatNr | |
|---|---|---|---|---|---|---|
| 2001-03-30 | | US | 09/822454 | | 6856649 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2001-10-16 | | US | 09/981143 | | | |
| | | | | | | |
| | | | | | | |
| 2001-11-02 | | US | 10/003062 | | 7116712 | |
| 2001-09-28 | | US | 09/966038 | | | |
| | | | | | | |
| | | | | | | |
| 2001-05-31 | | US | 09/871198 | | 6963890 | |
| | | | | | | |
| 2001-06-29 | | US | 09/895905 | | | |
| | | | | | | |
| 2001-06-29 | | US | 09/885965 | | 6714257 | |

S-42

| Filed Date | | Region | ApplNr | | PatNr | |
|---|---|---|---|---|---|---|
| 2002-06-28 | | US | 10/184518 | | | |
| 2001-09-21 | | US | 09/961125 | | 7257661 | |
| 2001-10-26 | | US | 10/045939 | | | |
| 2001-10-26 | | US | 10/044876 | | 7352814 | |
| 2001-10-26 | | US | 10/044877 | | 6999314 | |
| 2001-10-26 | | US | 10/046533 | | 6765622 | |

| Filed Date | | Region | AppNr | | PatNr |
|---|---|---|---|---|---|
| 2002-06-27 | | US | 10/183779 | | 7559591 |
| 2002-06-27 | | US | 10/183798 | | 7315622 |
| 2002-06-28 | | US | 10/185905 | | |
| 2002-07-29 | | US | 10/207311 | | 7084929 |
| 2002-09-18 | | US | 10/245984 | | 7376286 |
| 2003-11-26 | | US | 10/536648 | | 7167108 |
| 2003-11-26 | | US | 10/536647 | | 7552352 |

S-43

S-44

| | | Filed Date | | Region | Appln | | Pat № |
|---|---|---|---|---|---|---|---|
| | | 2004-04-02 | | US | 10/552105 | | 7542041 |
| | | 2003-12-12 | | US | 10/577889 | | |
| | | 2003-12-17 | | US | 10/539196 | | |
| | | 2003-12-12 | | US | 10/577875 | | |
| | | 2003-12-12 | | US | 10/577890 | | |
| | | 2003-11-26 | | US | 10/536645 | | |

S-45

| Filed Date | ... | Region | AppNr. | " | PatNr | " | ::: |
|---|---|---|---|---|---|---|---|
| 2005-11-01 | | US | 10/555518 | | | | |
| 2004-06-29 | | US | 10/560713 | | | | |
| 2005-01-04 | | US | 10/585443 | | | | |
| 2005-03-23 | | US | 10/594022 | | | | |
| 2005-05-03 | | US | 11/568512 | | | | |
| 2005-09-16 | | US | 11/575487 | | | | |