# EXHIBIT 5



A 1879296

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 12, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON April 20, 2011.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



R. PONDEXTER
Certifying Officer

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Trident Microsystems (Far East), Ltd. | 04/17/2011 |

**RECEIVING PARTY DATA**

| Name: | Innovus Prime LLC |
|---|---|
| Street Address: | 564 Wedge Lane |
| City: | Fernley |
| State/Country: | NEVADA |
| Postal Code: | 89408 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 5280350 |

**CORRESPONDENCE DATA**

Fax Number: (408)608-1599
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 4087010035
Email: diane@AKACHANLAW.COM
Correspondent Name: Aka Chan LLP
Address Line 1: 900 Lafayette Street, Suite 710
Address Line 4: Santa Clara, CALIFORNIA 95050

| ATTORNEY DOCKET NUMBER: | INVPP350 |
|---|---|
| NAME OF SUBMITTER: | Melvin D. Chan |

Total Attachments: 3
source=20110417_assign_for_recording#page1.tif
source=20110417_assign_for_recording#page2.tif
source=20110417_assign_for_recording#page3.tif

501506723

**PATENT
REEL: 026156 FRAME: 0356**

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, TRIDENT MICROSYSTEMS (FAR EAST), LTD., a corporation organized under the laws of the Cayman Islands, with an address at Ugland House, South Church Street, Grand Cayman, Cayman Islands ("Assignor"), does hereby sell, assign, transfer, and convey unto INNOVUS PRIME LLC, a limited liability company of the State of Nevada, with an address of 564 Wedge Lane, Fernley, NV ("Assignee"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "Patent Rights"):

(a) the patents listed in the table below (the "Patents");

| Patent or Application No. | Country | Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 5,023,717 | US | 09/07/1989 | Television standard conversion arrangement which converts directly to a second standard from a first standard without an intermediary conversion<br><br>Lamnabhi; Moustanir |
| 5,055,925 | US | 03/09/1990 | Arrangement for estimating motion in television pictures<br><br>Lamnabhi; Moustanir |
| 5,072,293 | US | 08/14/1990 | Method of estimating motion in a picture signal<br><br>De Haan; Gerard |
| 5,148,269 | US | 07/10/1991 | Motion vector processing device<br><br>De Haan; Gerard |
| 5,280,350 | US | 08/29/1991 | Method and apparatus for processing a picture signal to increase the number of displayed television lines using motion vector compensated values<br><br>De Haan; Gerard |

(b) all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, any of the Patents, including, without limitation, all causes of action and other enforcement rights for

(1) damages,

(2) injunctive relief, and

**PATENT**
**REEL: 026156 FRAME: 0357**

(3)     any other remedies of any kind

for past, current, and future infringement.


IN WITNESS WHEREOF this Assignment of Patent Rights is executed at

Sunnyvale, California

on

April 17, 2011


ASSIGNOR:


TRIDENT MICROSYSTEMS (FAR EAST), LTD.


*[signature]*

Name: PETE MANGAN


Title: PRESIDENT

(Signature MUST be attested)


ATTESTATION OF SIGNATURE PURSUANT TO 28 U.S.C. § 1746

The undersigned witnessed the signature of  PETE J. MANGAN  to the above Assignment of Patent Rights and makes the following statements:

1.     I am over the age of 18 and competent to testify as to the facts in this Attestation block if called upon to do so.

2. _PETE J. MAUGHAN_ is personally known to me (or proved to me on the basis of satisfactory evidence) and appeared before me on _APRIL 17_, 20_11_ to execute the above Assignment of Patent Rights.

3. _PETE J. MAUGHAN_ subscribed to the above Assignment of Patent Rights.

I declare under penalty of perjury under the laws of the United States of America that the statements made in the three (3) numbered paragraphs immediately above are true and correct.

EXECUTED on _APRIL 17, 2011_(date)

_[signature: Debra H Mangan]_

Print Name: _DEBRA H. MANGAN_