UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA, INC.,<br><br>    Defendants. | Case No. C-12-00660-RMW<br><br>**ORDER GRANTING INNOVUS PRIME LLC'S EX PARTE APPLICATION TO FILE AN OVERLONG BRIEF OF 29 PAGES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Re Docket No. 58] |

Because the court has already seen and considered Innovus Prime LLC's ("Innovus") overlong opposition brief, the court will not reject the brief or require Innovus to re-file a shortened brief at this time. However, the court strongly encourages Innovus to adhere to the local rules and the page limits included therein for all future filings in this matter. Although defendants indicate they do not require additional pages to reply, the court nevertheless grants defendants four additional pages for the reply brief, if desired.

Dated: May 29, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER
CASE NO. C-12-00660-RMW
ALG

- 1 -