UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA, INC.,<br><br>                Defendants. | Case No. C-12-0660-RMW<br><br>**JUDGMENT** |

On July 2, 2013, the court granted defendants Panasonic Corporation and Panasonic Corporation of North America's (collectively "Panasonic") motion for summary judgment. Summ. J. Order, Dkt. No. 73. Accordingly, the court enters judgment in favor of Panasonic and against plaintiff Innovus Prime LLC ("Innovus"). Innovus shall take nothing by way of its complaint.

Dated: July 8, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
Case No. C-12-0660-RMW
- 1 -